555 A.2d 1293

**COMMONWEALTH of Pennsylvania**

**v.**

**Roger Seamon PROCTOR, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 1989.

Decided March 21, 1989.*

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Matter remanded to Court of Common Pleas of Crawford County for a suppression hearing to determine the legality of appellant's arrest in the State of Ohio and the admissibili-

Commonwealth Court appreciated this distinction, and properly held that *Aronson* did not apply.

* This decision was considered and rendered prior to March 7, 1989.

ty of statements and other evidence obtained as a result of that detention.